USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-24-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Hernandez et al.,

                    Plaintiffs,     1:15-cv-1338

      -against-     **ORDER**

The Fresh Diet Inc. et al.,
                    Defendant.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

By letter motion dated July 29, 2016, Plaintiffs requested leave to amend the operative complaint. (ECF No. 53) Defendants have opposed Plaintiffs' application. (ECF No. 54) The Court will hold a pre-motion conference in this case on September 9, 2016, at 2:00 p.m. regarding these submissions. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

The Clerk of Court is respectfully requested to terminate ECF Nos. 53 and 54.

**SO ORDERED.**

Dated: August 19, 2016
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**