UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERNANDO HERNANDEZ, *et al.*,

              Plaintiffs,

         - against -

THE FRESH DIET INC., *et al.*,

              Defendants.
-------------------------------------------------------------X

**ORDER**

15-CV-1338 (ALC) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/7/2016

**JAMES L. COTT, United States Magistrate Judge.**

      The Court is in receipt of former defense counsel's *ex parte* submission, dated October 7, 2016, asserting a retaining lien in the amount of $108,809.57 against defendants. Due to an apparent typographical error, the supplemental declaration is dated October 7, 2016, even though it was submitted yesterday, October 6.

      If any defendants in this action wish to respond to the submission, they should submit a written response to the Court by email at CottNYSDChambers@nysd.uscourts.gov no later than **October 17, 2016**. Any submission should be provided to former defense counsel as well (i.e., former counsel should be copied on any email to the Court). The Court will treat these submissions as *ex parte*, and will file defense counsel's supplemental declaration and any responses from their former clients under seal.

      Counsel is directed to immediately serve a copy of this order on each of his former clients by email and regular mail.

      **SO ORDERED.**

Dated: New York, New York
       October 7, 2016

_____
JAMES L. COTT
United States Magistrate Judge