USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/25/2016___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO HERNANDEZ, *et al.*,         :     **ORDER**
                                       :
                Plaintiffs,            :
                                       :     15-CV-1338 (ALC) (JLC)
        - against -                    :
                                       :
THE FRESH DIET INC., *et al.*,         :
                                       :
                Defendants.            :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The hearing previously scheduled for October 26, 2016 at 12 p.m. (Dkt. No. 91) will now be held on **November 15, 2016** at **2:30 p.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. Even though Kaufman Dolowich & Voluck, LLP ("KDV") has been terminated as counsel of record, the firm is directed to check the docket of this case at least once daily until its application for a retaining lien is resolved. KDV is further directed to respond to the submission of defendant Judah Schlass dated October 14, 2016 no later than **November 1, 2016**, copying its former clients on its response. Finally, KDV is directed to immediately serve a copy of this Order and the Court's October 20 Order (Dkt. No. 91) on all of its former clients.

      **SO ORDERED.**

Dated: New York, New York
       October 25, 2016

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been emailed to:**

yudas1@gmail.com