USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2016__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERNANDO HERNANDEZ, *et al.*,           :           **ORDER**
                                        :
        Plaintiffs,                    :
                                        :           15-CV-1338 (ALC) (JLC)
    - against -                          :
                                        :
THE FRESH DIET INC., *et al.*,          :
                                        :
        Defendants.                    :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      In support of its application for a retaining lien, Kaufman Dolowich & Voluck, LLP ("KDV") submitted its billing records to the Court as part of an *ex parte* supplemental declaration, dated October 7, 2016.  Although the billing records begin in March 2015, shortly after this action was commenced, the records appear to include time entries for work performed on the related case Hernandez v. Fresh Diet, No. 12-CV-4339 (ALC) (JLC).  KDV, however, has only withdrawn as counsel of record from this case, not the related one, and it has cited no authority that would permit the Court to fix a retaining lien for an amount that reflects work done on another case.  Accordingly, no later than **November 1, 2016**, KDV is directed to submit billing records that reflect its work on this case exclusively.

      **SO ORDERED.**

Dated: New York, New York
       October 26, 2016

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been emailed to:**

yudas1@gmail.com