USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERNANDO HERNANDEZ, *et al.*,      :     **ORDER**
                                   :
           Plaintiffs,             :
                                   :     15-CV-1338 (ALC) (JLC)
     - against -                   :
                                   :
THE FRESH DIET INC., *et al.*,     :
                                   :
           Defendants.             :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Today the Court held a hearing concerning the retaining lien asserted by Kaufman Dolowich & Voluck, LLP ("KDV") against its former clients. Any further written submissions from KDV or from Judah Schlass and Zaimi Duchman (the only defendants who attended today's proceeding) should be emailed to the Court no later than **November 22, 2016** at CottNYSDChambers@nysd.uscourts.gov. At the very least, KDV is required to submit copies of any retainer agreements applicable to this case or to the related case Hernandez v. Fresh Diet, No. 12-CV-4339 (ALC) (JLC). KDV should copy all of its former clients on any written submissions, and Mr. Schlass and Mr. Duchman should copy KDV on any of their submissions. Finally, KDV is directed to immediately serve a copy of this Order on all of its former clients.

      **SO ORDERED.**

Dated: New York, New York
       November 15, 2016

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been emailed to:**

yudas1@gmail.com
zalmid@gmail.com