

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

*Jeffery A. Meyer, Esq.*
*jmeyer@kdvlaw.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2016
```

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

November 21, 2016

**VIA EMAIL CottNYSDChambers@nysd.uscourts.gov**
The Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                      *Re:*    *Hernandez et al. v. The Fresh Diet et al.*
                            *Case Number: 15 CV 1338 (ALC) (JLC)*

Dear Judge Cott:

     Pursuant to the Court's directives at the November 15, 2016 conference, we write to advise the Court that we withdraw our request for a retaining lien in this matter.

     Thank you for your consideration of the foregoing.

                                      Respectfully submitted,
                                      Kaufman Dolowich & Voluck, LLP

                                      Jeffery A. Meyer, Esq.

Cc: Defendants, by email

4842-1655-6605, v. 1