```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO HERNANDEZ, et al.,            :    ORDER
                                       :
                Plaintiffs,            :
                                       :    15-CV-1338 (ALC) (JLC)
        - against -                    :
                                       :
THE FRESH DIET INC., et al.,           :
                                       :
                Defendants.            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2016

**JAMES L. COTT, United States Magistrate Judge.**

The Court is in receipt of defendant Judah Schlass's letter dated December 19, 2016, in which he requests additional time to locate substitute counsel on the ground that he only recently received a copy of his outgoing counsel's case file for this action. The Court reluctantly grants the request and extends the deadlines set in its Order dated November 22, 2016 (Dkt. No. 99) as follows: No later than **January 19, 2017**, any substitute counsel must file a notice of appearance on defendants' behalf (excluding defendant Innovative Food Holdings, Inc.). If the individual defendants chose to proceed *pro se* (that is, without legal counsel), they are directed to so advise the Court by emailing a letter to CottNYSDChambers@nysd.uscourts.gov by that same date. The status conference previously scheduled for January 6, 2017 at 10:30 a.m. is rescheduled to **January 24, 2017** at **10 a.m.** in courtroom 21-D, 500 Pearl Street, New York New York. <u>These deadlines will not be extended under any circumstances, as defendants have had ample time to find new counsel.</u>

Former counsel for defendants Kaufman Dolowich & Voluck LLP is directed to ensure that all defendants receive a copy of this order.

**SO ORDERED.**

Dated: New York, New York
December 19, 2016

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been emailed to:**

yudas1@gmail.com
zalmid@gmail.com