January 17, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/19/2017____

**VIA EMAIL**

Honorable James L. Cott
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

**Re: Hernandez et al v. Fresh Diet, 15-cv-1338ALC-JLC (*Hernandez II*).**

Dear Judge Cott:

Per The Court order dated December 19, 2016, I write to inform The Court that I wish to proceed *pro se*.

As I currently reside in Florida it will be difficult and costly for me to fly in to attend the conference hearing scheduled for January 26, 2017. As such I am kindly requesting The Court's permission to not attend the hearing and I will give my full authority to Mr, Judah Schlass to appear on my behalf.

Sincerely,

Scher Zalmi Duchman