USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/19/2017

January 17, 2017

**VIA EMAIL**

Honorable James L. Cott
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

    Re: Hernandez et al v. Fresh Diet, 15-cv-1338ALC-JLC (*Hernandez II*).

Dear Judge Cott:

Per The Court order dated December 19, 2016, I write to inform The Court that I wish to proceed *pro se*.

I will be attending the conference hearing scheduled for January 24, 2017 at 10 a.m.

Sincerely,

  Judah Schlass