January 19, 2017

**VIA EMAIL**

Honorable James L. Cott
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/20/2017

**Re: Hernandez et al v. Fresh Diet, 15-cv-1338ALC-JLC (*Hernandez II*).**

Dear Judge Cott:

As requested by email here is my phone number and current address.

786.202.0463

9455 Collins ave #605, Surfside FL 33154

Sincerely,

Scher Zalmi Duchman