USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24  AM 11: 25
S.D. OF N.Y.

Fernando Hernandez
Et Al
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

-against-

The Fresh Diet Inc
Et Al

(In the space above enter the full name(s) of the defendants(s)/respondent(s))

NOTICE OF PRO SE APPEARANCE

15 Civ. 1338 (ALC)(JLC)

Please take notice that I, Judah Schlass, Plaintiff / **Defendant**
(Circle One)

in this action, hereby appear **Pro Se** and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Schlass Judah
Name (Last, First, MI)

881 Eastern Packway #6   Brooklyn,   NY,   11213
Address                  City        State  Zip Code

786-395-5944                    Yudas1@gmail.com
Telephone Number                E-mail Address

1/24/2017                       Y. Schlass
Date                            Signature