USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/18/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Hernandez et al.,

                      Plaintiffs,        1:15-cv-01338 (ALC)

-against-                               <u>ORDER</u>

The Fresh Diet Inc. et al.,

                    Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter, requesting that the pre-motion conference requested in Defendant Innovative Food Holdings, Inc. January 8, 2018 letter be postponed so that The Harman Firm, LLP (the "Firm"), counsel for Plaintiffs, may move to withdraw as counsel for Plaintiffs Dardaine and Rodriguez and—if the Firm's motion to withdraw is granted—to allow those individuals the opportunity to find new counsel. The Court will allow the Firm to move for withdrawal as counsel to those plaintiffs; however, the Court will not postpone the conference to allow those plaintiffs an opportunity to find new counsel.

Accordingly, it is HEREBY ORDERED that the Firm's motion for withdrawal is due on January 25, 2018, a week from the date of this order.

SO ORDERED.

Dated:  January 18, 2018
           New York, New York

                                                 ANDREW L. CARTER, JR.
                                               United States District Judge