**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------×
FERNANDO HERNANDEZ, JUANY GUZMAN,
BRANDON ROSE, IRVING COLLADO, ANDRES
SALAS, BENGALY KONATE, MICHAEL J.
RODRIGUEZ, WILTON A. DARDAINE, *and* JUAN
CORREA,

        *Plaintiffs,*   15 CV 1338

    *v.*

THE FRESH DIET INC.,
LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL),
FRESH DIET EXPRESS CORP. (NY),
THE FRESH DIET – NY INC. (NY),
FRESH DIET GRAB & GO, INC. (FL), *a/k/a*
YS CATERING HOLDINGS, INC. (FL), *d/b/a*
YS CATERING, INC. (FL),
INNOVATIVE FOOD HOLDINGS, INC. (FL),
FRESH DIET EXPRESS CORP. (FL),
NEW FRESH CO., LLC (FL),
SYED HUSSAIN, *individually,*
JUDAH SCHLOSS, *individually, and*
SCHER ZALMAN DUCHMAN, *individually,*

**NOTICE OF MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFFS DARDAINE AND RODRIGUEZ**

        *Defendants.*
---------------------------------------------------------------------------×

    **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Its Motion to Withdraw as Attorneys for Plaintiffs Wilton A. Dardaine and Michael J. Rodriguez, dated January 25, 2018, The Harman Firm, LLP (the "Firm"), will move this Court, on a date and time to be set by the Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting the Firm's Motion to Withdraw and such other and further relief as the Court deems just and proper.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the U.S. District Court, Southern District of New York, any opposing affidavits and memoranda of law shall be served within 14 days of service of the these moving papers.

Dated: New York, New York
January 25, 2018

By: _____
Walker G. Harman, Jr. [WH-8044]
Edgar M. Rivera [ER-1378]
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
212.425.2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

*Attorneys for Plaintiffs*