USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-31-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Hernandez et al.,

                                 Plaintiffs,      1:15-cv-01338 (ALC)

        -against-                                     **ORDER**

The Fresh Diet Inc. et al.,

                                Defendants.
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Harman Firm, LLP's (the "Firm") motion to withdraw as counsel to Plaintiffs Dardaine and Rodriguez is GRANTED. The Court will hold a pre-motion conference in this case on **February 8**, 2018, at 10:30 a.m. regarding Defendant Innovative's anticipated motion to dismiss. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated:   January 30, 2018
             New York, New York

                                                                        ANDREW L. CARTER, JR.
                                                                        United States District Judge